UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No. 01-CV-1049 MJD/JGL

Karen J. Campbell,

Plaintiff,

vs.

Seagate Technology, LLC,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

**IT IS HEREBY STIPULATED**, by and between the Plaintiff and Defendant, through their respective counsel, that Plaintiff's action against the Defendant may be and is hereby dismissed with prejudice and without costs to any of the parties to this action.

Dated: 6/18/02

**MOSS & BARNETT**
A Professional Association

By [signature]
James F. Baldwin, #149263
H. Le Phan, # 274008
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis MN 55402-4129
Telephone: (612) 347-0300

Dated: June 10, 2002

**GREGG M. CORWIN & ASSOCIATES LAW OFFICE, P.C.**

By [signature]
Gregg M. Corwin, #19033
Amanda R. Cefalu, #309436
508 East Parkdale Plaza Building
1660 South Highway 100
St. Louis Park, MN 55416
Telephone: (952) 544-7774

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

513036/1