UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

Court File No. 01-CV-1049 MJD/JGL

Karen J. Campbell,

Plaintiff,

vs.

Seagate Technology, LLC,

Defendant.

**ORDER FOR DISMISSAL**

Upon the parties stipulation for leave to dismiss this action with prejudice,

**IT IS HEREBY ORDERED** that this action is hereby dismissed with prejudice and without costs to any of the parties.

Dated: June 27, 2002

**BY THE COURT:**

Michael J. Davis

Michael J. Davis, Judge
United States District Court

FILED ____ 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____

513038/1

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TURHAN TAYLOR,

Plaintiff,

v.

CORRECTIONS CORPORATION OF AMERICA, JACOBS TRADING CO., INC., TIMOTHY O'DELL, STEPHEN KAISER, JOHN RICHES, JOHN BERGER, JON LITSCHER, PAUL TAFT and CAROLYN KLUCAS, et al.,

Defendants.

Civil No. 01-2131 MJD/AJB

ORDER

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 5, 2002, all the files and records, and no objections having been filed to said Recommendation,

IT IS HEREBY ORDERED that:

1. Defendant Jon Litscher's motion to dismiss the original complaint, (Docket Nos. 21 and 32), is denied at this time, without prejudice to any renewed motion to dismiss that Defendant Litscher may choose to file in response to Plaintiff's Amended Complaint.

DATED: June 27, 2002.

Michael J. Davis

Judge Michael J. Davis
U. S. District Court

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________